Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia ▼

### Alexandria Division

| | |
|---|---|
| WAYNE JAMAL WILLIAMS )<br><br>)<br>)<br>_____ )<br>*Plaintiff(s)* )<br>*(Write the full name of each plaintiff who is filing this complaint.* )<br>*If the names of all the plaintiffs cannot fit in the space above,* )<br>*please write "see attached" in the space and attach an additional* )<br>*page with the full list of names.)* )<br>**-v-** )<br><br>VIRGINIA EMPLOYMENT COMMISSION )<br>)<br>)<br>_____ )<br>*Defendant(s)* )<br>*(Write the full name of each defendant who is being sued. If the* )<br>*names of all the defendants cannot fit in the space above, please* )<br>*write "see attached" in the space and attach an additional page* )<br>*with the full list of names.)* ) | Case No. **1:21-cv-851-LMB JFA**<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☐ Yes ☐ No |

# COMPLAINT FOR A CIVIL CASE

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | WAYNE JAMAL WILLIAMS |
| Street Address | 300 YOAKUM PKWY, APT 1511 |
| City and County | ALEXANDRIA |
| State and Zip Code | VIRGINIA 22304 |
| Telephone Number | 305-209-6209 |
| E-mail Address | W.JAMALWILLIAMS@GMAIL.COM |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                       VIRGINIA EMPLOYMENT COMMISSION

    Job or Title *(if known)*

    Street Address           5520 CHEROKEE AVE #100

    City and County         ALEXANDRIA

    State and Zip Code     VIRIGINA 22304

    Telephone Number     703-813-1300

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
THE VIRGINIA EMPLOYMENT COMMISSION HAS VIOLATED FEDERAL AND STATE UNEMPLOYMENT LAWS BY ABRUPTLY CUTTING-OFF MY PANDAMIC UNEMPLOYMENT ASSISTANCE BENFITS, WITHOUT THE DUE PROCESS GUARANTESS OF THE 14TH AMENDMENT TO THE US CONSTITUTION.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

MY PANDEMIC UNEMPLOYMENT ASSISTANCE WHICH PROVIDE UMEMPLOYMENT BENEFITS FOR SLEF EMPLOYED, INDEPENDENT CONTRACTOR AND GIG WORKERS, WAS UBRUPTLY CUTT-OFF FROM BENEFITS ON 6/3/21 WITHOUT DUE PROCESS. EVERYONE WHO BEGUN TO RECEIVE BENEFITS IS ENTITLED BY LAW O CONTINUE RECEIVING BENIFTS UNTIL VEC DEPUTY DECIDES OTHERWISE. I HAVE NOT RECEIVED ANYTING FROM THE VEC NOR WAS ABLE TO GET IN TOUCH WITH ANYONE WHICH VILOATES FEDERAL AND STATES EMPLOYMENT LAWS.

---

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

AS A DIRECT RESULT OF THE VEC ACTIONS, I'M ON THE VERGE OF BEING HOMELESS, HAVE NO INCOME AND LEFT RELYING ON GOVERNMENT WELLFARE PROGRAMS FOR ASSISTANCE TO SUPPORT MY FAMILY. IM ASKING THE COURT TO BE REIMBURSED FOR THE AMOUNT OF $3,206 WHICH IS THE BACK PAY THAT IM ENTITLED TO FORM 6/3/21 AND TO CONTINUE TO RECEIVE MY UNEMPLOYMENT ASSISATANCE UNTIL THE VEC FORMALLY RESPONCE WITH A DECESION NOTICE.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    07/22/2021

Signature of Plaintiff

Printed Name of Plaintiff    WAYNE JAMAL WILLIAMS

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRIGINIA**
**ALEXANDRIA DIVISION**

WAYNE JAMAL WILLIAMS
Plaintiff(s),

v.

Civil Action Number: _21-cv-851_

VIRGINIA EMPLOYMENT COMMISSION
Defendant(s).

## LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared, or assisted in the preparation of__COMPLAINT FOR CIVIL CASE_____**
**(Title of Document)**

WAYNE JAMAL WILLIAMS
Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _7/21/2021_____ (Date)

**OR**

**The following attorney(s) prepared or assisted me in preparation of _____.**
**(Title of Document)**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)